**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DARLTON SHAINE POWELL, | ) | |
| | ) | |
| Petitioner, | ) | 2:12-cv-00879-JCM-VCF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| ERIC HOLDER, *et al.*, | ) | |
| | ) | |
| | ) | |
| Respondents. | ) | |

Darlton Shaine Powell, who is currently detained in Alabama, has filed a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2241 by a person subject to immigration detention (ECF #1) and paid the filing fee (ECF #1-1).

However, with respect to the petition, the Local Rules of Special Proceedings provide that such petition "shall be on the form supplied by the court or shall contain all of the information required in the Model Form for Use in Applications for Habeas Corpus under 28 U.S.C. § [2241]." LSR 3-1 Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and 2254.  This petition is not on the court's form; the lack of form and lack of organization make it difficult for the court to discern whether petitioner has included all the required information.  Accordingly, the clerk shall send to petitioner a blank form for application for writ of habeas corpus **pursuant to 28 U.S.C. § 2241.** Petitioner has thirty (30) days from the date this order is entered to file a new petition on the form.

1  Petitioner is cautioned that failure to file a new petition on the form may result in dismissal of this action
2  without prejudice.

3  **IT IS THEREFORE ORDERED** that the clerk shall send to petitioner a blank petition
4  for writ of *habeas corpus* pursuant to 28 U.S.C. **§ 2241** form with instructions along with one copy of
5  his current petition (ECF #1).

6  **IT IS FURTHER ORDERED** that petitioner has **thirty (30) days** from the date this
7  order is entered to file a new petition on the form provided by the clerk.

8  **IT IS FURTHER ORDERED** that petitioner is expressly warned that failure to file a
9  new petition on the form may result in dismissal of this action without prejudice.

12  Dated, this 15  day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE