UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DARLTON SHAINE POWELL, | ) | |
| Petitioner, | ) | 2:12-cv-00879-JCM-VCF |
| vs. | ) | **ORDER** |
| ERIC HOLDER, *et al.*, | ) | |
| Respondents. | ) | |

  On June 15, 2012, this court issued an order that explained to petitioner–who is incarcerated in Alabama–that this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 was not on the court's form and that the lack of form and lack of organization made it difficult for the court to discern whether petitioner had provided all the required information (ECF #2). Therefore, that order directed petitioner to file his petition on the court-approved form, in accordance with the Local Rules of Special Proceedings, within thirty (30) days. The order explicitly advised petitioner that failure to file his petition on the court-approved form might result in the dismissal of his petition without prejudice.

  More than the allotted time has elapsed, and the petitioner has not responded to the court's order in any way.

  **IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for the petitioner's failure to obey the court's order to file his petition on the court-approved form.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

Dated, October 11, 2012.

_____
UNITED STATES DISTRICT JUDGE